THE NORTHERN BANK OF NEW YORK, Respondent, v. CHARLES H. SPROESSIG, JR., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HANNAH WITMER, Appellant, v. JACOB P. DAVIDOWITZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EDITH L. SASSE, Appellant, v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

EDITH L. SASSE, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.; Clarke, P. J., dissented.

JACOB GOLDMAN, Appellant, v. ADOLPH HOLLANDER and Others, Copartners, Respondents.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the authority of *Levine* v. *Borden's Condensed Milk Co. (ante,* p. 921), handed down herewith. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Page, J., dissented.

In the Matter of the Petition of HELENE MUNDT, Taxpayer, Respondent, for an Order Requiring HERBERT S. SISSON, as State Commissioner of Excise, and SOPHIE WELLS and JOHN EICHLER BREWING COMPANY, to Show Cause Why the Liquor Tax Certificate Issued to the Said SOPHIE WELLS Should Not Be Revoked and Canceled Pursuant to Section 27 of the Liquor Tax Law* and Why Traffic in Liquor as Now Being Carried on by Said SOPHIE WELLS, or any Other Person, Claiming to Be Assignee of Said SOPHIE WELLS, Should Not Be Restrained, Enjoined and Prohibited. SOPHIE WELLS, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HILL STEAMBOAT LINE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Impleaded with Another.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MABEL WARD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of FRANK DONDER, Respondent, v. EDWARD MAY and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SIMONSON and Another, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

* See Consol. Laws, chap. 34 (Laws of 1909, chap. 39), § 27, subd. 2, as amd. by Laws of 1910, chap. 503.— [REP.